COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Manhattan | Vaughn, JVP

Appellate case number:   01-15-00349-CV

Trial court case number: 2013-76550

Trial court:             80th District Court of Harris County

On April 20, 2015, relator, Manhattan | Vaughn, JVP, filed a petition for writ of mandamus challenging the trial court's April 10, 2015 "Order Granting Plaintiffs' Motion to Compel Manhattan | Vaughn, JVP's Responses to Plaintiffs' Requests for Production." In conjunction with its petition, relator filed a motion requesting a temporary stay of the trial court's order pending this Court's resolution of the petition. On April 22, 2015, the real parties in interest filed a response (1) stating that they are unopposed to relator's request for a temporary stay of the trial court's order and (2) informing this Court that they intend to file a response addressing the merits of the petition.

Accordingly, relator's motion for a temporary stay of the trial court's order is **granted** and it is ordered that the trial court's April 10, 2015 order in the above-referenced trial court cause is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or the Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

It is further ordered that the real parties in interest file their response to relator's petition for writ of mandamus on or before **Wednesday, May 20, 2015**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   ☒ Acting individually    ☐ Acting for the Court

Date:  April 23, 2015